**Order entered April 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00496-CR

**JAMES EDWARDS BRACKENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-48180-U**

## ORDER

Before the Court is appellant's April 28, 2020 motion to extend time to file his notice of appeal. We **GRANT** the motion and **ORDER** appellant's April 24, 2020 notice of appeal timely filed.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE